IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**RV AGATE BEACH, LLC,** *an Oregon limited liability company*, and
**RIVERHOUSE PROPERTY LLC**, *a Delaware limited liability company, individually and on behalf of others similarly situated*,

   Plaintiff,

 v.

**HARTFORD FIRE INSURANCE COMPANY**, *a Connecticut corporation*,

   Defendants.

No. 3:21-cv-00460-MO

JUDGMENT

**MOSMAN, J.,**

 Based upon the Order of the Court [ECF 26], it is ordered and adjudged that this case is DISMISSED with prejudice.

 IT IS SO ORDERED.

 DATED this  19   day of October, 2021.

*Michael W. Mosman*
MICHAEL W. MOSMAN
United States District Judge

1 – JUDGMENT